No. 05–6976. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6977. BERRY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–6981. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6982. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6985. LANE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6986. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6993. EDWARDS v. ENGLAND, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 05–6994. MILLAN-TORRES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7000. FALODUN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7001. GLEASON v. ISBELL, MAYOR OF THE CITY OF PASADENA, TEXAS, ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 05–7006. FIELDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7007. CESAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7010. ROCHA-AGUILAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7012. RIVERA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7015. WATKINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.